## **Index of Exhibits**

| **Exhibit** | **Description** |
|---|---|
| A | E-mails re: concurrence |
| B | E-mails from Plaintiff to Mr. Slenski, along with Mr. Slenski's response |