# EXHIBIT B



## Slenski, Brian M

**From:** Slenski, Brian M
**Sent:** Tuesday, January 17, 2017 11:47 AM
**To:** Berry, Vincent Sam
**Subject:** RE: Academic Records

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged

Vincent,
Regarding your Academic record, I can provide you with a copy of your transcript. The transcript will have your final grade for the courses you have completed. Unfortunately, I do not have access to the individual examinations that you are requesting. Would you like a copy of your transcript?

**Brian Slenski**
✉: brian.slenski@cmich.edu
🌐: Visit us online!

**Assistant Registrar| Student Affairs | CMU College of Medicine**
2520 S. University Park Drive | Mt. Pleasant MI 48859
☎: 989-774-2538 | 📠: 989-774-1215

Central Values: Integrity | Respect | Empathy | Inclusiveness | Social Responsibility | Excellence | Innovation

**From:** Berry, Vincent Sam
**Sent:** Saturday, January 14, 2017 1:45 PM
**To:** Slenski, Brian M <slens1bm@cmich.edu>
**Subject:** Academic Records

Hi Mr. Slenski,

I hope this message finds you well. My name is Vincent Berry and I'm an M2 at CMED. I'm emailing you because I have some questions about my academic record. I would like to review all of my exams for the Neuroscience and Behavior and Gastrointestinal Organ System course. Specifically, I'd like to look at my midterm exams, final exams, and anatomy lab practicals for both courses. Moreover, I'd like to see my Neuroscience and Behavior retake exam for both the didactic component (NBME) and anatomy lab component (CMED), as well as the neuroanatomy remediation exam (CMED)

Thanks so much. Hope you have a good weekend.

Sincerely,

Vincent Berry