## Index of Exhibit

| **Exhibit** | **Description** |
|---|---|
| A | Notice from Dr. Alan to Plaintiff informing Plaintiff of the SPCC's decision |