# EXHIBIT A



December 18, 2017

Vincent Berry MS-2

Dear Mr. Berry,

The Student Performance and Conduct Committee (SPCC) met on December 18th to discuss your failure to meet academic standards. Specifically:

1. Second failure of the Neuroscience course
2. Second failure of the Gastrointestinal course

During the meeting the SPCC reviewed the evidence in your case and considered your verbal statement. Following a brief question and answer period with the committee, you were excused and the committee entered executive session.

The SPCC voted to dismiss you from the CMU medical school with no re-entry. The committee recommends that you meet with Dr. Rachel Brown to discuss alternative career options.

You may appeal the decision of the SPCC by notifying the Senior Associate Dean of Academic Affairs of your intent to appeal within 10 business days of receipt of this letter. When submitting a request of approval, you must specify the grounds of the appeal and provide all necessary supporting documents. An ad-hoc appeals committee consisting of members of the Faculty Counsel will meet to hear your appeal within 7 days of notification of your intent to appeal.

Feel free to contact me directly if you have any questions.

Sincerely,

Jamie Alan, RPh, PharmD, PhD
Chair, SPCC

CC:   Rachel Brown, MD
      Tina Thomspon, PhD
      MJ Conway PhD
      Charmica Abinojar