## **Index of Exhibits**

| **Exhibit** | **Description** |
|---|---|
| A | Dr. Thompson letter submitted to UMHS |
| B | Plaintiff's written request that Dr. Thompson send letter to UMHS |