# EXHIBIT A



Brittany McConnell
Associate Director of Applicant Services
University of Medicine & Health Sciences (UMHS)

RE: Vincent Berry

Dear Ms McConnell,

Mr. Vincent Berry has asked that I send you a letter summarizing his time at CMU College of Medicine. Mr. Berry matriculated in August of 2015. He successfully completed Year 1 course work (Foundational Science, Reproduction, Cardio/Pulmonary and Renal/Endocrine). He was satisfactorily progressing in the 2-year longitudinal courses of Essentials of Clinical Skills, Art of Medicine and Society and Community.

Mr. Berry struggled in Year 2 and failed the first two courses of the year (neuroscience/behavioral science and GI) resulting in the decision that he repeat Year 2. Mr. Berry was put on a leave of absence for the remainder of the year. Mr. Berry continued to struggle academically upon his return in 2017. He failed the neuroscience course a second time and was struggling in musculoskeletal/dermal when he decided to withdraw from the college before a final decision on his academic progress could be made.

Please let me know if you have any additional questions,


Sincerely,

*[signature]*

Tina L. Thompson, PhD

Senior Associate Dean, Academic Affairs

Central Michigan University College of Medicine