# EXHIBIT B

## Thompson, Tina L

**From:** Berry, Vincent Sam
**Sent:** Wednesday, April 25, 2018 4:31 PM
**To:** Thompson, Tina L
**Subject:** Re: UMHS

You're the best. Thank you!

On Apr 25, 2018, at 4:12 PM, Thompson, Tina L <thomp7tl@cmich.edu> wrote:

> I will take care of this.
>
> ✉: tina.thompson@cmich.edu
> ☎: 989-774-7860
>
> **From:** Berry, Vincent Sam
> **Sent:** Wednesday, April 25, 2018 3:31 PM
> **To:** Thompson, Tina L <thomp7tl@cmich.edu>
> **Subject:** Fwd: UMHS
>
>
> Thanks for being prompt. I'm doing good, thanks for asking. I hope all is well with you too. You can find details in the message below. Let me know if it's possible.
>
> Thanks again, Dr. Thompson.
>
> Vince
>
> Begin forwarded message:
>
>> **From:** "Brittany McConnell" <bmcconnell@umhs-sk.net>
>> **Date:** April 25, 2018 at 3:29:35 PM EDT
>> **To:** Vincent Berry <berryvs@outlook.com>
>> **Cc:** "mperes@umhs-sk.net" <mperes@umhs-sk.net>
>> **Subject: RE: UMHS**
>>
>> Hi Vince,
>>
>> The dean's letter should be a brief letter stating your matriculation date, current status, whether or not you were dismissed, and if you have had any disciplinary issues. The letter must be signed by the dean and sent to us directly from your school (it can be emailed to me.)
>>
>> Hope this helps.
>>
>> Sincerely,

1

**Brittany McConnell**
Associate Director of Applicant Services
University of Medicine & Health Sciences (UMHS)
460 West 34th Street - 4th Floor
New York, NY 10001
(212) 868-0855, ext. 665 | umhs.org
Discover Personalized Medical Education

**From:** Vincent Berry [mailto:berryvs@outlook.com]
**Sent:** Wednesday, April 25, 2018 3:27 PM
**To:** Ariana Everett <aeverett@umhs-sk.net>
**Cc:** Brittany McConnell <bmcconnell@umhs-sk.net>; mperes@umhs-sk.net
**Subject:** Re: UMHS

Thanks so much for the update. I requested a deans letter from the dean of Academic Affairs, and was asked for a little more information as far as what the letter should include. Do you mind providing me with more details?

Thanks so much.

Vince

On Apr 25, 2018, at 3:09 PM, Ariana Everett <aeverett@umhs-sk.net> wrote:

> Dear Mr. Vincent Berry,
>
> We have received your application for the SEPTEMBER 2018 term of the University of Medicine and Health Sciences, along with your, $75 application fee, signature form, personal statement, MCAT scores, both letters of recommendation, partial official transcript from Central Michigan University, College of Medicine, and official transcripts from Central Michigan University, University of Michigan, Dearborn, and Wayne State University. Thank you again.
>
> Your file has been established in the New York office and we are missing the following items from your file:
>
> - <u>Submission of a Dean's Letter from Central Michigan University, College of Medicine</u>
>
> Once you send the missing dean's letter, we will be able to attempt a preliminary evaluation of your academic history. I have copied into this email your direct contact, Ms. Michelle Peres. Please email her at mperes@umhs-sk.net about any overall questions you may have about the application process.
>
> Please let me know if you have any questions.
>
>
> Sincerely,
>
> Ariana Everett

2