# Index of Exhibit

**Exhibit**                          **Description**

A                    Unpublished decision in *BAC Home Loans Servicing L.P. v. Fall Oaks Farm, LLC*, Case No. 11-cv-274, 2011 WL 6749066 (S.D. Ohio, Dec. 22, 2011)