UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Vincent Berry,

          Plaintiff(s),

v.                                         Case No. 2:19–cv–10306–TGB–SDD
                                             Hon. Terrence G. Berg

Central Michigan University, et al.,

          Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

      Motion to Dismiss – #3
      Motion to Dismiss – #4
      Motion to Dismiss – #5
      Motion to Dismiss – #6
      Motion to Dismiss – #7
      Motion for More Definite Statement – #8
      Motion to Reassign Case – #9

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/A Chubb
                                                     Case Manager

Dated:   May 24, 2019