UNITED STATES DISTRCT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VINCENT BERRY,                    Case No.:19-10306

    Plaintiff,

vs.

CENTRAL MICHIGAN UNIVERSITY, CENTRAL
MICHIGAN UNIVERSITY MEDICAL SCHOOL,
MARK DESANTIS, M.D., MARIE CATHERIN MATTE, Ph.D.
BRIAN SELENSKI, TINA THOMPSON, LINDA PERKOWSKI,
DANIEL GRIFFIN, MARC SPENCER, JAMIE ALAN, and ROBERT
PETERSON,

    Defendants.

*(Jointly, Severally and in their Individual and Official Capacities)*

_____/

**APPEARANCE OF ATTORNEY**

**TO CLERK OF THE COURT:**

    **PLEASE ENTER MY APPEARANCE** as attorney for VINCENT BERRY**,** Plaintiff in the above-captioned matter.

                                        Respectfully submitted

                                        /s/*Lamont Satchel*

                                        Lamont D. Satchel (P52647)
                                        HALL MAKLED, P.C.
                                        23756 Michigan Avenue, Suite 300
                                        Dearborn, Michigan 48124
                                        Attorney for Plaintiff

Dated: May 26, 2019

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses as directed on the pleadings on May 26, 2019 by:

☐ US MAIL     ☐ FAX     ☐ HAND DELIVERY     ☐ E-MAIL     ☐ CERTIFIED MAIL     ☒ E-FILE

                                    /s/ Rama Kharboutli

                                    Rama Kharboutli