UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**VINCENT BERRY**,

     Plaintiff,

v

**CENTRAL MICHIGAN UNIVERSITY, CENTRAL MICHIGAN UNIVERSITY MEDICAL SCHOOL, MARK DESANTIS, MARIE C. MATTE, BRIAN SLENSKI, TINA THOMPSON, LINDA PERKOWSKI, DANIEL GRIFFIN, MARC SPENCER, JAMIE ALAN, ROBERT PETERSON, JULLIEN ROSSIGNOL, SANDRA HOWELL,** and **GEORGE KIKANO**,

     Defendants.

Case No. 2:19-cv-10306-TGB-SDD

Hon.   Terrence G. Berg
Magistrate Judge Stephanie Dawkins Davis

---

| | |
|---|---|
| Cyril C. Hall (P29121) | Michael E. Cavanaugh (P11744) |
| Lamont D. Satchel (P52647) | Ryan K. Kauffman (P65357) |
| Hall Makled, P.C. | Fraser Trebilcock Davis & Dunlap, P.C. |
| At0torneys for Plaintiff | Attorneys for Defendants |
| 23756 Michigan Avenue | 124 W. Allegan, Suite 1000 |
| Suite 300 | Lansing, MI  48933 |
| Dearborn, MI 48124 | (517) 482-5800 |
| (313) 788-8888 | mcavanaugh@fraserlawfirm.com |
| Cyrilhalllaw@sbcglobal.net | rkauffman@fraserlawfirm.com |
| satchel@hallmakled.com | |

---

## <u>STIPULATION REGARDING BRIEFING SCHEDULE</u>

On May 16, 2019, the various Defendants in this matter filed five Motions to Dismiss (Doc Nos. 3, 4, 5, 6, and 7), a Motion for More Definite Statement (Doc No. 8) and a Motion to Reassign Case to the Northern Division.  (Doc. No. 9).   The parties agree Plaintiff will have until June 27, 2019, to file responses to all of the

above-referenced motions.   The parties further agree that Defendants will then have

until July 18, 2019, to file any reply brief.

/s/ Lamont D. Satchel                                        Dated: May 31, 2019
Lamont D. Satchel (P52647)
Hall Makled, P.C.
At0torneys for Plaintiff
23756 Michigan Avenue
Suite 300
Dearborn, MI 48124

/s/ Michael E. Cavanaugh                                Dated: May 31, 2019
Michael E. Cavanaugh (P11744)
Ryan K. Kauffman (P65357)
Fraser Trebilcock Davis & Dunlap, P.C.
Attorneys for Defendants
124 W. Allegan, Suite 1000
Lansing, MI  48933