UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**VINCENT BERRY**,

    Plaintiff,

v

**CENTRAL MICHIGAN UNIVERSITY,
CENTRAL MICHIGAN UNIVERSITY
MEDICAL SCHOOL, MARK DESANTIS,
MARIE C. MATTE, BRIAN SLENSKI,
TINA THOMPSON, LINDA PERKOWSKI,
DANIEL GRIFFIN, MARC SPENCER, JAMIE
ALAN, ROBERT PETERSON, JULLIEN
ROSSIGNOL, SANDRA HOWELL,** and
**GEORGE KIKANO**,

    Defendants.

Case No. 2:19-cv-10306-TGB-SDD

Hon.   Terrence G. Berg
Magistrate Judge Stephanie Dawkins Davis

| | |
|---|---|
| Cyril C. Hall (P29121) | Michael E. Cavanaugh (P11744) |
| Lamont D. Satchel (P52647) | Ryan K. Kauffman (P65357) |
| Hall Makled, P.C. | Fraser Trebilcock Davis & Dunlap, P.C. |
| At0torneys for Plaintiff | Attorneys for Defendants |
| 23756 Michigan Avenue | 124 W. Allegan, Suite 1000 |
| Suite 300 | Lansing, MI  48933 |
| Dearborn, MI 48124 | (517) 482-5800 |
| (313) 788-8888 | mcavanaugh@fraserlawfirm.com |
| Cyrilhalllaw@sbcglobal.net | rkauffman@fraserlawfirm.com |
| satchel@hallmakled.com | |

## **STIPULATION REGARDING BRIEFING SCHEDULE**

On May 16, 2019, the various Defendants in this matter filed five Motions to

Dismiss (Doc Nos. 3, 4, 5, 6, and 7), a Motion for More Definite Statement (Doc

No. 8) and a Motion to Reassign Case to the Northern Division.  (Doc. No. 9).  The

parties agree Plaintiff will have until June 27, 2019, to file responses to all of the

2

above-referenced motions.   The parties further agree that Defendants will then have until July 18, 2019, to file any reply brief.


| | |
|---|---|
| */s/ Lamont D. Satchel*_____ <br> Lamont D. Satchel (P52647) <br> Hall Makled, P.C. <br> At0torneys for Plaintiff <br> 23756 Michigan Avenue <br> Suite 300 <br> Dearborn, MI 48124 | Dated: May 31, 2019 |
| */s/ Michael E. Cavanaugh*_____ <br> Michael E. Cavanaugh (P11744) <br> Ryan K. Kauffman (P65357) <br> Fraser Trebilcock Davis & Dunlap, P.C. <br> Attorneys for Defendants <br> 124 W. Allegan, Suite 1000 <br> Lansing, MI  48933 | Dated: May 31, 2019 |

2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**VINCENT BERRY**,

    Plaintiff,

v

**CENTRAL MICHIGAN UNIVERSITY, CENTRAL MICHIGAN UNIVERSITY MEDICAL SCHOOL, MARK DESANTIS, MARIE C. MATTE, BRIAN SLENSKI, TINA THOMPSON, LINDA PERKOWSKI, DANIEL GRIFFIN, MARC SPENCER, JAMIE ALAN, ROBERT PETERSON, JULLIEN ROSSIGNOL, SANDRA HOWELL,** and **GEORGE KIKANO**,

    Defendants.

Case No. 2:19-cv-10306-TGB-SDD

Hon.   Terrence G. Berg
Magistrate Judge Stephanie Dawkins Davis

| | |
|---|---|
| Cyril C. Hall (P29121) | Michael E. Cavanaugh (P11744) |
| Lamont D. Satchel (P52647) | Ryan K. Kauffman (P65357) |
| Hall Makled, P.C. | Fraser Trebilcock Davis & Dunlap, P.C. |
| At0torneys for Plaintiff | Attorneys for Defendants |
| 23756 Michigan Avenue | 124 W. Allegan, Suite 1000 |
| Suite 300 | Lansing, MI  48933 |
| Dearborn, MI 48124 | (517) 482-5800 |
| (313) 788-8888 | mcavanaugh@fraserlawfirm.com |
| Cyrilhalllaw@sbcglobal.net | rkauffman@fraserlawfirm.com |
| satchel@hallmakled.com | |

## **ORDER REGARDING BRIEFING SCHEDULE**

Having reviewed the stipulation submitted by the parties, the Court Orders as follows:

3

      1.      That on or before June 27, 2019, Plaintiff must file any responses to Defendants' Motion to Dismiss, Motion for More Definite Statement and Motion to Reassign Case to Northern Division.

      2.      That on or before July 18, 2019, Defendants must file their reply briefs to any responses filed by Plaintiff.

**IT IS SO ORDERED.**

/s/Terrence G. Berg
**TERRENCE G. BERG**
**UNITED STATES DISTRICT JUDGE**

**Dated: June 10, 2019**