UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**VINCENT BERRY**,

    Plaintiff,

v

**CENTRAL MICHIGAN UNIVERSITY,
CENTRAL MICHIGAN UNIVERSITY
MEDICAL SCHOOL, MARK DESANTIS,
MARIE C. MATTE, BRIAN SLENSKI,
TINA THOMPSON, LINDA PERKOWSKI,
DANIEL GRIFFIN, MARC SPENCER, JAMIE
ALAN, ROBERT PETERSON, JULLIEN
ROSSIGNOL, SANDRA HOWELL,** and
**GEORGE KIKANO**,

    Defendants.

Case No. 2:19-cv-10306-TGB-SDD

Hon.   Terrence G. Berg
Magistrate Judge Stephanie Dawkins Davis

| | |
|---|---|
| Cyril C. Hall (P29121) | Michael E. Cavanaugh (P11744) |
| Lamont D. Satchel (P52647) | Ryan K. Kauffman (P65357) |
| Hall Makled, P.C. | Fraser Trebilcock Davis & Dunlap, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 23756 Michigan Avenue | 124 W. Allegan, Suite 1000 |
| Suite 300 | Lansing, MI  48933 |
| Dearborn, MI 48124 | (517) 482-5800 |
| (313) 788-8888 | mcavanaugh@fraserlawfirm.com |
| Cyrilhalllaw@sbcglobal.net | rkauffman@fraserlawfirm.com |
| satchel@hallmakled.com | |

## ORDER GRANTING MOTION TO WITHDRAW AS PLAINTIFF COUNSEL

Having reviewed the instant Motion for Withdrawal of Counsel submitted by Plaintiff's Counsel, the Court orders as follows:

1. That the Motion to Withdraw as Counsel is hereby granted.

2. That Plaintiff shall be given 45 days from the date of entry of this Order to obtain new Counsel, whose appearance shall be filed within the 45-day period.

3. That the Court will adjust all heretofore issued Orders after appearance of the new Counsel for Plaintiff is filed.

4. Attorney Lamont D. Satchel is directed to serve a copy of this Order on Plaintiff, forthwith.

**IT IS SO ORDERED.**

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: June 25, 2019

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instruments were served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses as directed on the pleadings and to Plaintiff Vincent Berry on June 24,, 2019 by:

☐ US MAIL  ☐ FAX  ☐ HAND DELIVERY  ☒ E-MAIL  ☒ CERTIFIED MAIL  ☒ E-FILE

/s/ Rama Kharboutli
Rama Kharboutli