# UNITED STATES DISTRCT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

VINCENT BERRY,

Case No. 2:19-cv-10306-TGB-SDD

      Plaintiff,

Hon. Terrence G. Berg

Magistrate Judge Stephanie Dawkins Davis

vs.

CENTRAL MICHIGAN UNIVERSITY, CENTRAL
MICHIGAN UNIVERSITY MEDICAL SCHOOL,
MARK DESANTIS, M.D., MARIE CATHERIN MATTE, Ph.D.
BRIAN SELENSKI, TINA THOMPSON, LINDA PERKOWSKI,
DANIEL GRIFFIN, MARC SPENCER, JAMIE ALAN, and ROBERT
PETERSON,

      Defendants.

*(Jointly, Severally and in their Individual and Official Capacities)*

_____/

| | |
|---|---|
| Lamont D. Satchel (P52647) | Michael Cavanaugh (11744) |
| HALL MAKLED, P.C. | Fraser Trebilcock Davis & Dunlap |
| 23756 Michigan Avenue, Ste. 300 | 124 W. Allegan, Suite 1000 |
| Dearborn, Michigan 48124 | Lansing, Michigan 48933 |
| (313) 788-8888 (Office) | (517) 482-5800 (Office) |
| (313) 582-7962 (Fax) | mcavanaugh@fraserlawfirm.com |
| satchel@hallmakled.com | |
| Attorneys for Plaintiff | |

_____/

## **PROOF OF SERVICE**

The undersigned certifies that a copy of the Order to Withdraw as Counsel was served upon Plaintiff, Vincent Berry on June 25, 2019 via email and to his personal residence via U.S. Mail.


/s/*Lamont D. Satchel*

Lamont D. Satchel