UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **VINCENT BERRY**, <br><br> Plaintiff, <br><br> v. <br><br> **CENTRAL MICHIGAN UNIVERSITY, CENTRAL MICHIGAN UNIVERSITY MEDICAL SCHOOL, DR. MARK DESANTIS, MARIE CATHERINE MATTE, BRIAN SELENSKI, TINA THOMPSON, LINDA PERKOWSKI, DANIEL GRIFFIN, MARC SPENCER, JAMIE ALAN, ROBERT PETERSON, JULLIEN ROSSIGNOL, SANDRA HOWELL, GEORGE KIKANO**, <br><br> Defendants. | 2:19-CV-10306-TGB <br><br> **ORDER TO SHOW CAUSE** |

On June 24, 2019, Attorney Lamont D. Satchel moved to withdraw as counsel for Plaintiff. ECF No. 16. The Court granted Plaintiff's Counsel's motion. ECF No. 17. In that Order the Court directed Plaintiff to obtain new counsel within 45 days from the date of entry of the Order and have his attorney file an appearance within the 45-day period. ECF No. 17. The 45-day period expired on August 9, 2019, but no appearance

1

has been filed indicating that Plaintiff has obtained counsel. Plaintiff's failure to retain counsel to represent him in this matter, in contravention of the Court's Order, appears to indicate a lack of interest on the part of Plaintiff to prosecute this case.  Accordingly, Plaintiff is hereby **ORDERED** to **SHOW CAUSE** why this case should not be dismissed for failure to prosecute by responding as set forth below.

Plaintiff is **ORDERED** to communicate with the Court in writing within fourteen (14) days from the date of entry of this Order whether he wishes to continue pursuing this lawsuit by representing himself, and, if not, to communicate the name of the attorney that he has retained to handle the case.  If Plaintiff has decided to retain counsel, that counsel must file an appearance within fourteen (14) days from the date of entry of this Order.

Failure to respond may result in dismissal.

DATED this 23rd day of August, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge