2

Vincent Berry
6456 Kendal St.
Dearborn, MI 48126

Case No. 2:19-cv-10306-TGB-SDD
Vincent Berry v. Central Michigan University

Hon. Judge Terrence G. Berg.
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 253
Detroit, MI 48226



FILED
SEP 13 2019
CLERK'S OFFICE
DETROIT

Friday, September 6, 2019

Dear Judge Berg:

I hope this message finds you well. I am requesting an extension of time to secure an attorney to represent me in my lawsuit. Since the entry of your order allowing withdrawal of my prior attorney, I have been diligently trying to find an attorney to represent me in this matter. I have met/spoken with nine attorneys on this matter and can provide their names if necessary. I anticipate that I will be able to secure an attorney within the next 45 days. Therefore, I am requesting an extension of 45 days to find an attorney to represent my interests in this lawsuit. I would appreciate you accommodating my request and look forward to hearing from you.

Thank you for your time and consideration.

Sincerely,

*Vincent Berry*

Vincent Berry

V. Berry
6456 Kendal St.
Dearborn, Mi., 48126

FILED
SEP 13 2019
CLERKS OFFICE
U.S. DISTRICT COURT

U.S. MARSHAL

Hon. Judge Terrence G. Berg
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 253
Detroit, Mi. 48226

METROPLEX MI 480
10 SEP 2019 PM 10 L