UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VINCENT BERRY,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL MICHIGAN UNIVERSITY, et al.,<br><br>Defendants. | 2:19-CV-10306-TGB<br><br>SECOND ORDER TO SHOW CAUSE |

On August 23, 2019, the Court ordered Plaintiff to Show Cause, in writing, why this matter should not be dismissed for failure to prosecute. Since then, Plaintiff has taken no further action in this case.

Further, eight motions are pending on this Court's docket. These motions are unopposed and the time for response has passed. (See, E.D. Mich. L.R. 7.1).

Therefore, Plaintiff is ORDERED to SHOW CAUSE, in writing, by December 11, 2019, why the motions should not be granted and why this

matter should not be dismissed for failure to prosecute, or, alternatively, file a response to <u>each</u> pending motion in this matter.

Plaintiff is advised that his response(s) must be submitted in writing to the Clerk's Office, 231 W. Lafayette Blvd., Detroit, MI 48226. Email is not an acceptable way to communicate with the Court and any email correspondence will not be construed as a sufficient means of response.

Failure to respond will result in dismissal of this matter.

DATED this 4th day of December, 2019.

                        BY THE COURT:

                        /s/Terrence G. Berg
                        TERRENCE G. BERG
                        United States District Judge